

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00243-CV

| | | |
|---|---|---|
| In re Rickey Lynn Johnson | § | Original Proceeding |
| | § | From the 235th District Court |
| | § | of Cooke County (12-00011) |
| | § | August 9, 2013 |
| | § | Per Curiam |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be granted. Accordingly, relator's petition is conditionally granted. We order respondent to rule on relator's objections. Writ will issue only if the respondent fails to comply with our instructions within thirty days of the date of this opinion.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM